# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BAM BAGS, LLC,** | Case No. 1:15-CV-02172-ER |
| Plaintiff, | JUDGE EDGARDO RAMOS |
| v. | |
| | ORDER |
| **ZIP-IT, LTD.** | |
| | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 3, 2020

The parties, BAM Bags, LLC, and Zip-It, Ltd., have notified the Court that they have reached a settlement agreement in this matter and have stipulated and agreed to the dismissal of this action with prejudice with the parties to bear their respective attorneys' fees and costs. The parties have also requested that they be granted permission to file the settlement agreement under seal.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice, with the parties to bear their respective attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the parties are to file their settlement agreement under seal by January 17, 2020.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court "So Orders" the parties' settlement agreement and that this Court retains jurisdiction for purposes of enforcing the parties' settlement agreement.

SO ORDERED.

_____
EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
January 3, 2020

666975